Electronically Filed - St Louis County - July 20, 2021 - 05:30 PM

STATE OF MISSOURI

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY

CATHLEEN WRIGHT, )
1525 MCLARAN AVENUE )
SAINT LOUIS, MISSOURI 63147 )
)
)
Plaintiff, )
)
vs. )
)
) **JURY TRIAL DEMANDED**
ROSS DRESS FOR LESS, INC., )
REGISTERED AGENT: )
C T CORPORAION SYSTEM )
120 SOUTH CENTERAL AVENUE )
CLAYTON, MISSOURI 63105 )
)
)
Defendant. )

## DISCRIMINATORY AND UNLAWFUL EMPLOYMENT PRACTICES PETITION

Plaintiff Cathleen Wright, through counsel, and for her causes of action against Defendant Ross Dress For Less, Inc., hereby states and alleges as follows:

### PLAINTIFF

1. Plaintiff Cathleen Wright is an individual over the age of 18 residing at 1525 McLaran Avenue, St. Louis, Missouri 63147. At all times outlined in this petition, Cathleen Wright was an employee of Defendant Ross Dress For Less, Inc. and the person alleging discriminatory and unlawful employment practices. Therefore, Cathleen Wright is a proper person to bring this petition.

### DEFENDANT

2. Defendant Ross Dress For Less, Inc. is a corporation with a principal place of business at 5130 Hacienda Drive, Dublin, California 94568, registered in the state of Missouri as a Foreign Entity that transacts business in St. Louis County,

Missouri, among other places. Defendant Ross Dress For Less, Inc. maintains a physical location at Deer Creek Shopping Center, 3200 Laclede Station Road, Maplewood, Missouri 63143. Defendant Ross Dress For Less, Inc.'s registered agent, C T Corporation, maintains an address with the Missouri Secretary of State of 120 South Central Avenue, Clayton, MO 63105.

## JURISDICTION AND VENUE

3. Jurisdiction is proper in this Court as Plaintiff is a resident of the state of Missouri and Defendant is a Foreign Entity registered in the state of Missouri with the Secretary of State.

4. Plaintiff has exhausted all of her administrative remedies.

5. Venue is proper in this Court pursuant R.S.Mo. § 508.010(4) because the Plaintiff was first injured in St. Louis County, Missouri.

## FACTS COMMON TO ALL COUNTS

6. Plaintiff Wright is a female of African-American descent.

7. Plaintiff Wright is over the age of 50.

8. Plaintiff Cathleen Wright was hired by Defendant Ross Dress For Less, Inc. in 2008.

9. In 2012 Plaintiff Wright transferred to Defendant Ross Dress For Less, Inc.'s business location at Deer Creek Shopping Center, 3200 Laclede Station Road, Maplewood, Missouri 63143.

10. Although Plaintiff Wright had been an employee of Defendant Ross Dress For Less, Inc, for approximately four years, the Manager at the Deer Creek

Electronically Filed - St Louis County - July 20, 2021 - 05:30 PM

Shopping Center, 3200 Laclede Station Road, Maplewood, Missouri 63143 location treated her as a new employee.

11. Within six months of Plaintiff Wright's transfer to Defendant Ross Dress For Less, Inc.'s Deer Creek Shopping Center, 3200 Laclede Station Road, Maplewood, Missouri 63143 location, an investigation of irregularities at that store took place.

12. The store manager confronted Plaintiff Wright with an accusation that she was the person who reported the irregularities which caused the investigation, an accusation Plaintiff Wright denied.

13. After the confrontation by the store manager, management at Defendant Ross Dress For Less, Inc.'s Deer Creek Shopping Center, 3200 Laclede Station Road, Maplewood, Missouri 63143 location applied terms and conditions of employment for Plaintiff Wright in a manner that was inconsistent with the terms and conditions of employment applied towards other employees.

14. Management for Defendant Ross Dress For Less, Inc.'s Deer Creek Shopping Center, 3200 Laclede Station Road, Maplewood, Missouri 63143 location harassed Plaintiff Wright in retaliation of the belief she was the cause of an investigation into irregularities at that store.

15. Management for Defendant Ross Dress For Less, Inc.'s Deer Creek Shopping Center, 3200 Laclede Station Road, Maplewood, Missouri 63143 location placed a number of write ups in Plaintiff Wright's employee file to prevent eligibility for promotions.

16. Management for Defendant Ross Dress For Less, Inc.'s Deer Creek Shopping Center, 3200 Laclede Station Road, Maplewood, Missouri 63143 location placed a number of write ups in Plaintiff Wright's employee file to prevent eligibility for to another store

17. Management for Defendant Ross Dress For Less, Inc.'s Deer Creek Shopping Center, 3200 Laclede Station Road, Maplewood, Missouri 63143 location placed a number of write ups in Plaintiff Wright's employee file to prevent eligibility for raises in wages.

18. Plaintiff Wright complained to management for Defendant Ross Dress For Less, Inc.'s Deer Creek Shopping Center, 3200 Laclede Station Road, Maplewood, Missouri 63143 location that terms and conditions of employment applied to her were inconsistent with terms and conditions of employment for similarly situated employees and in response additional write ups were placed in her employee file.

19. When a new store manager unfamiliar with previous events by management at Defendant Ross Dress For Less, Inc.'s Deer Creek Shopping Center, 3200 Laclede Station Road, Maplewood, Missouri 63143 location towards Plaintiff Wright began to work in the store, no new write ups were place in her employee file.

20. When a new store manager unfamiliar with previous events by management at Defendant Ross Dress For Less, Inc.'s Deer Creek Shopping Center, 3200 Laclede Station Road, Maplewood, Missouri 63143 location towards Plaintiff

Wright began to work in the store, Plaintiff Wright was promoted to a Front End Supervisor position.

21. Thereafter, when management was placed over Plaintiff Wright at Defendant Ross Dress For Less, Inc.'s Deer Creek Shopping Center, 3200 Laclede Station Road, Maplewood, Missouri 63143 location which was familiar with previous investigations of that store, write ups began to appear in her employee file.

22. While Plaintiff Wright was a Front End Supervisor, she was required to cover the cash registers in a manner that was inconsistent with the terms and conditions of employment applied to similarly situated Front End Supervisors.

23. Plaintiff Wright did not receive the same training for her position as a Front End Supervisor by management of Defendant Ross Dress For Less, Inc. at its Deer Creek Shopping Center, 3200 Laclede Station Road, Maplewood, Missouri 63143 location as younger, Caucasian employees.

24. As a Front End Supervisor, Plaintiff Wright had a standard for evaluation of her job duties that was inconsistent with the standard for evaluation of the job duties applied to similarly situated Front End Supervisors.

25. Plaintiff Wright applied for multiple promotions yearly, but was continuously overlooked for younger, Caucasian employees.

26. Any time Plaintiff Wright applied for promotions, management for Defendant Ross Dress For Less, Inc.'s Deer Creek Shopping Center, 3200 Laclede Station Road, Maplewood, Missouri 63143 location would place write ups in Plaintiff Wright's employment file.

27. Write ups were not placed in the files of younger, Caucasian employees by management for Defendant Ross Dress For Less, Inc.'s Deer Creek Shopping Center, 3200 Laclede Station Road, Maplewood, Missouri 63143 location in the same manner as write ups were placed in Plaintiff Wright's employee file.

28. Plaintiff Wright spoke with Defendant Ross Dress For Less, Inc.'s Human Resources Department concerning write ups placed in her employee file, Human Resources failed to correct the unlawful actions of management at Defendant Ross Dress For Less, Inc.'s Deer Creek Shopping Center, 3200 Laclede Station Road, Maplewood, Missouri 63143 location even when those actions violated its terms and conditions of employment.

29. Plaintiff Wright was discharged by management for Defendant Ross Dress For Less, Inc.'s Deer Creek Shopping Center, 3200 Laclede Station Road, Maplewood, Missouri 63143 location on December 1, 2019.

30. The discharge of Plaintiff Wright by management for Defendant Ross Dress For Less, Inc.'s Deer Creek Shopping Center, 3200 Laclede Station Road, Maplewood, Missouri 63143 location was inconsistent with the terms and conditions applied to younger, Caucasian employees of Defendant Ross Dress For Less, Inc.

## COUNT I

### DISCRIMINATORY PRACTICES OF RETALIATION BY DEFENDANT ROSS DRESS FOR LESS, INC.

Plaintiff Wright for Count I of her cause of action against Defendant Ross Dress For Less, Inc. states and alleges as follows:

31. Plaintiff Wright hereby incorporate by reference, as though fully herein paragraphs 1 through 29 of this Petition.

32. At all times relevant to the events of this Petition, Defendant Ross Dress For Less, Inc. was subject to the Missouri Constitution and Revised Statutes of Missouri as a foreign entity registered with the Missouri Secretary of State.

33. Defendant Ross Dress For Less, Inc. harassed Plaintiff Wright in retaliation for its belief that she reported irregularities at its Deer Creek Shopping Center, 3200 Laclede Station Road, Maplewood, Missouri 63143 location in violation of Section 213.070 of the Revised Statutes of Missouri.

34. In retaliation for its belief that Plaintiff Wright reported irregularities at its Deer Creek Shopping Center, 3200 Laclede Station Road, Maplewood, Missouri 63143 location Defendant Ross Dress For Less, Inc. applied different terms and conditions for employment to her than other similarly situated employees in violation of Section 213.070 of the Revised Statutes of Missouri.

35. When Plaintiff Wright reported to management of Defendant Ross Dress For Less, Inc.'s Deer Creek Shopping Center, 3200 Laclede Station Road, Maplewood, Missouri 63143 location that she had different terms and conditions for employment applied to her than other similarly situated employees, additional write ups were placed in her employee file in retaliation which violated Section 213.070 of the Revised Statutes of Missouri.

36. In retaliation for its belief that Plaintiff Wright reported irregularities at its Deer Creek Shopping Center, 3200 Laclede Station Road, Maplewood, Missouri 63143 location Defendant Ross Dress For Less, Inc. and her complaint that she

Electronically Filed - St Louis County - July 20, 2021 - 05:30 PM

was being treated differently than similarly situated employees write ups were in her employee file to prevent her eligibility to receive raises in wages in violation of Section 213.070 of the Revised Statutes of Missouri.

37. In retaliation for its belief that Plaintiff Wright reported irregularities at its Deer Creek Shopping Center, 3200 Laclede Station Road, Maplewood, Missouri 63143 location Defendant Ross Dress For Less, Inc. and her complaint that she was being treated differently than similarly situated employees write ups were in her employee file to prevent her ability to be considered for promotions in violation of Section 213.070 of the Revised Statutes of Missouri.

WHEREFORE, Plaintiff Wright respectfully requests judgment against Defendant Ross Dress For Less, Inc. for damages in excess of $25,000.00 together with her costs and fees and for such other and further relief as the Court deems proper.

## COUNT II
## UNLAWFUL EMPLOYMENT PRACTICES BY DEFENDANT ROSS DRESS FOR LESS, INC. BECAUSE OF AGE AND RACE

Plaintiff Wright for Count I of her cause of action against Defendant Ross Dress For Less, Inc. states and alleges as follows:

38. Plaintiff Wright hereby incorporate by reference, as though fully herein paragraphs 1 through 37 of this Petition.

39. Defendant Ross Dress For Less, Inc. overlooked Plaintiff Wright for promotions in favor of younger, Caucasian employees at its Deer Creek Shopping Center, 3200 Laclede Station Road, Maplewood, Missouri 63143 location in violation of Section 213.055 of the Revised Statutes of Missouri.

40. Defendant Ross Dress For Less, Inc. provided different training for Plaintiff Wright as opposed to younger, Caucasian employees at its Deer Creek Shopping Center, 3200 Laclede Station Road, Maplewood, Missouri 63143 location in violation of Section 213.055 of the Revised Statutes of Missouri.

41. Defendant Ross Dress For Less, Inc. failed to provide Plaintiff Wright with the same promotion opportunities as younger, Caucasian employees at its Deer Creek Shopping Center, 3200 Laclede Station Road, Maplewood, Missouri 63143 location in violation of Section 213.055 of the Revised Statutes of Missouri.

42. Defendant Ross Dress For Less, Inc. failed to provide Plaintiff Wright with the same terms and conditions as younger, Caucasian employees at its Deer Creek Shopping Center, 3200 Laclede Station Road, Maplewood, Missouri 63143 location in violation of Section 213.055 of the Revised Statutes of Missouri.

43. Defendant Ross Dress For Less, Inc. failed to provide Plaintiff Wright with the same evaluation of job duties as younger, Caucasian employees at its Deer Creek Shopping Center, 3200 Laclede Station Road, Maplewood, Missouri 63143 location in violation of Section 213.055 of the Revised Statutes of Missouri.

44. Defendant Ross Dress For Less, Inc. failed to provide Plaintiff Wright with the same raises in wages as younger, Caucasian employees at its Deer Creek Shopping Center, 3200 Laclede Station Road, Maplewood, Missouri 63143 location in violation of Section 213.055 of the Revised Statutes of Missouri.

45. Defendant Ross Dress For Less, Inc. failed to place write ups in the employee file of Plaintiff Wright in the same manner as write ups were placed in the employee file of younger, Caucasian employees at its Deer Creek Shopping

Electronically Filed - St Louis County - July 20, 2021 - 05:30 PM

Center, 3200 Laclede Station Road, Maplewood, Missouri 63143 location in violation of Section 213.055 of the Revised Statutes of Missouri.

WHEREFORE, Plaintiff Wright respectfully requests judgment against Defendant Ross Dress For Less, Inc. for damages in excess of $25,000.00 together with her costs and fees and for such other and further relief as the Court deems proper.

LAW OFFICE OF CASSANDRA JOHNSON, P.C.

_____
Cassandra E. Johnson, MO State Bar #47024
7450 Natural Bridge Road, P.O. Box 210764
St. Louis, Missouri 63121
Telephone: (314) 249-7675
cejohnson0469@sbcglobal.net
Attorney for Plaintiff Cathleen Wright