# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| CATHLEEN WRIGHT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 4:21-CV-1069 RLW |
| v. | ) |
| | ) |
| ROSS STORES, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on Plaintiff's filing titled Joint Stipulation of Dismissal With Prejudice (ECF No. 25). The Court construes this document as a motion for leave to voluntarily dismiss this action with prejudice pursuant to Rule 41(a)(2), as it is signed only by Plaintiff and therefore is not a stipulation of dismissal under Rule 41(a)(1)(A)(ii). Because Defendant has filed an answer in this matter, the filing cannot be construed as a notice of dismissal. See Rule 41(a)(1)(A)(i). Defendant has not filed a response and the time to do so has passed. The motion will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Joint Stipulation of Dismissal With Prejudice (ECF No. 25), construed as a motion for leave to voluntarily dismiss this action with prejudice, is **GRANTED** and this matter is **DISMISSED with prejudice**.

Each party shall bear its own costs and attorneys' fees.

_____
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 3rd day of February, 2022.